NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1091

WARRIOR SPORTS, INC.,

Plaintiff-Appellee,

v.

DICKINSON WRIGHT, P.L.L.C.,

Defendant-Appellant,

and

JOHN A. ARTZ, P.C., doing business as Artz & Artz P.C.,
JOHN A. ARTZ, and JOHN S. ARTZ,

Defendants.

Appeal from the United States District Court for the Eastern District of Michigan in case no. 09-CV-12102, Judge Gerald E. Rosen.

ON MOTION

O R D E R

Dickinson Wright, P.L.L.C. moves for a 28-day extension of time, until May 6, 2010, to file its initial brief.

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

APR 0 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2010

JAN HORBALY
CLERK

cc:     Andrew J. Kochanowski, Esq.
        Megan K. Cavanagh, Esq.

s21